MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

CANDACE KELLY (CABN 191473)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7014
Facsimile: (415) 436-7234
Email: Candace.Kelly@usdoj.gov

Attorneys for United States of America

FILED
AUG 20 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

3-15-71060

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR |
| Plaintiff, | UNITED STATES' MOTION TO SEAL COMPLAINT AND [PROPOSED] ORDER |
| v. | (UNDER SEAL) |
| JING ZENG, | |
| Defendant. | |

The government hereby moves the Court for an Order sealing this motion, the Complaint, the Affidavit in Support of the Complaint, and the Sealing Order until further order of the Court. The government believes that disclosure of the existence of the complaint and information contained in the supporting affidavit may jeopardize the progress of the ongoing investigation by affording subjects the opportunity to destroy evidence, warn co-conspirators, or flee.

DATED: August 20, 2015

Respectfully Submitted,

MELINDA HAAG
United States Attorney

_____
CANDACE KELLY
Assistant United States Attorney

UNITED STATES' MOTION TO SEAL
COMPLAINT AND [PROPOSED] ORDER

1

ORDER

Based upon the motion of the Government and for good cause shown, IT IS HEREBY ORDERED that the government's motion, the Complaint, the Affidavit in Support of the Complaint, and the Sealing Order shall be sealed until further order of the Court, except that the government may obtain copies of any such sealed documents from the Court as may be necessary during the investigation and prosecution of the case, and a copy of the Warrant may be served at the time it is executed.

Date: August 20, 2015

_____
HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES' MOTION TO SEAL
COMPLAINT AND [PROPOSED] ORDER